{{DPLX}}

07/26/10

BARBARA R TURNER ESTATE

2806 4TH AVE

RICHMOND VA 23222


RE: Account Number
    Property Address   2806 4TH AVE

                       RICHMOND VA 23222

Dear BARBARA R TURNER ESTATE

*IMPORTANT NOTICE REGARDING INTEREST RATE
 AND/OR PAYMENT CHANGES*

The interest rate on your loan was scheduled to adjust on 09/01/10. The new principal and interest (P&I) amount will be effective with the 10/01/10 payment.

Projected principal balance after 09/01/10 payment:$     54258.97

|  |  |  |  |
|---|---|---|---|
|  |  | New index value | 1.13300% |
| Current interest rate | 5.87500% | New interest rate | 3.50000% |
| Current P&I pymt $ | 345.46 | New P&I pymt $ | 271.63 |
| Margin | 2.37500% | Escrow* $ | 164.30 |
|  |  | Total pymt $ | 435.93 |

Rate Next Change Date                  09/01/11
Principal and Interest Next Change     10/01/11

*Subject to change if analysis occurs after the date of this letter.

Your new interest rate is calculated by adding the margin to the new index value. The result of this addition is subject to rounding and rate cap limitations according to the terms of your loan documents.

An account statement will be sent under separate cover. If your payments are made through our automatic payment program, your new payment amount will be deducted on your scheduled draft date.

07/26/10
Account Number
Page Two


IF YOU ARE IN DEFAULT AT THE TIME THIS NOTICE IS DELIVERED TO
YOU, GMAC Mortgage, LLC                    WILL CONTINUE WITH THE
DEFAULT PROCESS EVEN THOUGH THE INTEREST RATE AND PAYMENT AMOUNT
ARE BEING ADJUSTED.

If you have any questions, please contact Customer Care at
800-766-4622.


Customer Care
Loan Servicing

4070